1

2 **UNITED STATES DISTRICT COURT**

3 **EASTERN DISTRICT OF WASHINGTON**

4

5 MARGUERITE DIMAURO, )
   o/b/o L.D., a minor child, )

6 )
                          )
7       Plaintiff, )                    NO.  CV-06-271-AAM
                          )
        vs. )
8                          )                 **JUDGMENT IN A**
   MICHAEL J. ASTRUE, )                      **CIVIL CASE**
9  Commissioner of Social Security, )
                          )
10      Defendant. )
                          )
11 _____)

12

13 **DECISION BY THE COURT:**

14      This action came to hearing before the court.  The issues have been heard
   and a decision has been rendered.

15      **IT IS ORDERED AND ADJUDGED** that:

16      Defendant's Motion for Summary Judgment is **GRANTED**; Plaintiff's

17 Motion for Summary Judgment is **DENIED**.  Judgment is entered for Defendant.

18      DATED this 27th day of June, 2007.

19
                                    JAMES R. LARSEN
20                                  District Court Executive/Clerk

21

22
                                    by: __s/ Karen White_____
23                                       Deputy Clerk

24

25 cc: all counsel

26